UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO, TX. DIVISION

FILED
2020 NOV 30 PM 3: 00
CLERK US DISTRICT COURT
ESTERN DISTRICT OF TEXAS
BY _____

JUDGE FRANK MONTALVO

EP20CV0298

Joseph R. Rochefort

Plaintiff

CASE NUMBER: _____

Global Precision Services
Jennifer Gonzalez S-255
Asset Protection Security Services
Elizabeth Porras, Enforcement Supervisor

Defendants

# COMPLAINT

1. Joseph R. Rochefort, 14185 Spanish Point Dr. El Paso, TX 79938

2. Global Precision Services, 9733 Carnegie St. El Paso, TX 79925
   Jennifer Gonzalez, S-255 GPS employee, 9733 Carnegie St, EL Paso, TX 79925
   Asset Protection & Security Services, 5502 Burnham Dr. Corpus Christi, TX 78413
   Elizabeth Porras, Enforcement Supervisor for:
   EEOC El Paso Area Office, 100 N. Stanton St. 6th floor, Suite 600 El Paso, TX 79901

3. This case of Libel: (Title 4 liability in Tort, chapter 73) was committed in the jurisdiction of the Western District of Texas; plaintiff asks the El Paso, TX Division District Court to adjudicate this complaint.

4. Allegation 1. Plaintiff states the defendants conspired to disregard plaintiff supplied audio evidence of false sexual harassment and terminated Plaintiff base on same false charges of sexual harassment.

5. Allegation 2. Plaintiff was forced to resign in order to protect a government security clearance per Global Precision Services (GPS) inducement to resign allowing the

1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO, TX.  DIVISION

Joseph R. Rochefort

Plaintiff

CASE NUMBER: _____

Global Precision Services
Jennifer Gonzalez S-255
Asset Protection Security Services
Elizabeth Porras, Enforcement Supervisor

Defendants

# COMPLAINT

whole matter to go away; not affecting my clearance.  Plaintiff stated he would continue to fight his wrongful termination.

Plaintiff was forced to resign in order to protect a government security clearance per Asset Security Protection Services (ASP) inducement to resign allowing the whole matter to go away; not affecting my clearance.  Plaintiff stated he would continue to fight his wrongful termination.

6. Allegation 3. Jennifer Gonzalez S-255, made a false charge of sexual harassment to facilitate plaintiff's termination.  Plaintiff was relieved of duty on the 27th of Dec, 2019, terminated on the 31st of Dec, 2019.

7. Allegation 4. Elizabeth Porras during our intake interview for an EEOC complaint stated I was guilty of sexual harassment and wouldn't investigate the complaint.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO, TX.  DIVISION

Joseph R. Rochefort

Plaintiff

CASE NUMBER: _____

Global Precision Services
Jennifer Gonzalez S-255
Asset Protection Security Services
Elizabeth Porras, Enforcement Supervisor

Defendants

## COMPLAINT

Mrs. Porras stated it is a case of he said, she said.  I stated no, I have an audio recording, proving I didn't sexually harass Jennifer Gonzalez S-255.  Mrs. Porras stated she doesn't investigate false charges of sexual harassment.  Mrs. Porras with bias and personal malice supported the charge of sexual harassment against the plaintiff; thereby, complicit in support of libel and plaintiff's wrongful termination.

8. Allegation 5.  Defendants, GPS and ASP provided false information to Homeland Security, Dept of ICE destroying plaintiff's government clearance; thereby, barring plaintiff from further government work requiring a clearance.

## Requested Relief for libel and wrongful termination

Plaintiff is requesting re-employment with GPS as an Armed Transportation Officer at the Mattox, Montana ICE detention facility, as previously employed.

Plaintiff is requesting to be paid for all back pay as well as all over time pay that would have been worked by the plaintiff based on past work history; 40hrs regular, 15 to 20 hours overtime pay per week.

3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO, TX. DIVISION

Joseph R. Rochefort

Plaintiff

Global Precision Services
Jennifer Gonzalez S-255
Asset Protection Security Services
Elizabeth Porras, Enforcement Supervisor

CASE NUMBER: _____

Defendants

# COMPLAINT

## Requested Relief for Libel and wrongful termination

Plaintiff is requesting to be paid for all lost overtime work for holidays at 2.5 times his pay rate. Holiday work is based on past work history.

Plaintiff is requesting damages for pain and suffering due to my wrongful termination.

Plaintiff is requesting damages for loss of reputation and emotional PTSD damage.

Plaintiff is requesting the sum of 2 million dollars; per defendant, for punitive damages, to motivate other entities not to engage in this wrongful behavior.

Plaintiff is requesting GPS and ASP provide Homeland Security with evidence Plaintiff isn't guilty of sexual harassment; nor, releasing any secure government information to the public.

Plaintiff further request reinstatement of my government clearance per order of this Court.

Plaintiff request payment for all expenses incurred for this Complaint; further, Plaintiff is not required to pay any opposing attorney fees or expenses for this complaint.

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO, TX.  DIVISION

Joseph R. Rochefort

Plaintiff

CASE NUMBER: _____

Global Precision Services
Jennifer Gonzalez S-255
Asset Protection Security Services
Elizabeth Porras, Enforcement Supervisor

Defendants

## COMPLAINT

## Requested Relief for Libel and wrongful termination

Plaintiff is requesting any such further relief the court finds proper and allowed.

Plaintiff request any criminal actions uncovered in this complaint be referred to the El Paso County District Attorney or other government agency for prosecution.

Plaintiff request ability to amend this complaint for corrections and additions if needed.

Plaintiff request a court order demanding all electronic evidence, written memos and other related inter-company communications for adjudication of this matter be safe guarded, protected from damage or shredding of such evidence prior to discovery in this complaint; additionally, all email be saved and listed for discovery in this matter.

**Wherefore:** Plaintiff prays that the Court grant the forgoing relief to the plaintiff as described.

.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO, TX. DIVISION

Joseph R. Rochefort

Plaintiff

CASE NUMBER: _____

Global Precision Services
Jennifer Gonzalez S-255
Asset Protection Security Services
Elizabeth Porras, Enforcement Supervisor

Defendants

## COMPLAINT

## Certification of Complaint.

I declare (or certify, verify, or state) under penalty of perjury that the forgoing is true and correct.

Joseph R. Rochefort          Date: 27 Dec 2020
14185 Spanish Point Dr.
El Paso, Tx 79938
915-356-0024                 Signed _____

6